**No. 41378.**—Protests 969549–G, etc., of Continental Merchandise Corp. et al. (New York).

Opinion by Dallinger, J. It was stipulated that certain items consist of utility box, razor case, toothbrush holder, soap box, paper weights, hair iron, banks, and barrel drinking sets chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained as to these articles. Brass shells stipulated to be similar to those the subject of Abstract 37615 were held dutiable at 35 percent under paragraph 353 as claimed.